Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

_____Miami\_ Division

| | | |
|---|---|---|
| Esteban Ivanoff-Tzvetcoff<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Borinquen Medical Center<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✓Yes ☐No<br><br>FILED BY _____ D.C.<br>NOV 22 2019<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Esteban Ivanoff-Tzvetcoff |
   | Street Address | 1300 NE 109th St |
   | City and County | Miami |
   | State and Zip Code | Florida 33161 |
   | Telephone Number | 305 733 1896 |
   | E-mail Address | estebanivanoff@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Joseph Durandis MD |
| Job or Title (if known) | Borinquen Family Medicine Program Director |
| Street Address | 13936 NW 7th Ave |
| City and County | Miami, Miami Dade County |
| State and Zip Code | Florida 33168 |
| Telephone Number | (954) 612-8210 |
| E-mail Address (if known) | jodurandis@hotmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Diego Itzjak Shmuels |
| Job or Title (if known) | Designated Institutional Officer Family Medicine Program |
| Street Address | 3601 Federal Hwy |
| City and County | Miami, Miami Dade County |
| State and Zip Code | Florida 33137 |
| Telephone Number | (305) 505-2013 |
| E-mail Address (if known) | dshmuels@borinquenhealth.org |

Defendant No. 3

| | |
|---|---|
| Name | Deborah Gracia MD |
| Job or Title (if known) | Chief Medical Officer |
| Street Address | 3601 Federal Hwy |
| City and County | Miami, Miami Dade County |
| State and Zip Code | Florida 33137 |
| Telephone Number | (305) 206-1973 |
| E-mail Address (if known) | dgracia@borinquenhealth.org |

Defendant No. 4

| | |
|---|---|
| Name | Paul Velez |
| Job or Title (if known) | Chief Executive Officer |
| Street Address | 3601 Federal Hwy |
| City and County | Miami, Miami Dade County |
| State and Zip Code | Florida 33137 |
| Telephone Number | (305) 576-6611 |
| E-mail Address (if known) | pvelez@borinquenhealth.org |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Borinquen Medical Center |
| Street Address | 3601 Federal Hwy |
| City and County | Miami, Miami Dade County |
| State and Zip Code | Florida 33137 |
| Telephone Number | (305) 576-6611 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:
Fla. Sta. Section 760.10(1)(a), Fla. Sta. Section 760.10(4), Fla. Sta. Section 760.10(5)

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
May 13, 2019 to September 13, 2019 and September 17, 2019 (date of termination)

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [✓] age (year of birth)  1975  *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached. ✳

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
September 26, 2019.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 09/30/2019 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☑ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Preliminary and Permanent Injunctive relief for job reinstatement mandating that Plaintiff be reinstated into his residency training without being required to sign the resident reinstatement agreement (Exhibit SS) or any other non compete non-compete non-disclosure and conflict of interest agreement (Exhibit V and Z) pending the outcome of the case. Monetary damages: Front pay in the amount of $162,000.00 based on three years of salary at $54,000.00 a year. Punitive and liquidated damages in an amount of $138,000.00 due to the intentional and egregious nature of the discrimination and retaliation regarding complaints about the discrimination for a total amount of $300,000.00. Plaintiff is also requesting lost income due to Borinquen not allowing him to complete the program he intitiated and Borinquen's failure to use the program Plaintiff created for its intended purposes in the amount of $700,000.00 for compensatory damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2019

Signature of Plaintiff

Printed Name of Plaintiff: Esteban Ivanoff-Tzvetcoff

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address